Supreme Court of New York denied. *Mr. R. Randolph Hicks* for petitioner. *Mr. Herbert A. Hickman* for respondent.

No. 697. CITY LOAN & GUARANTY CO. *v.* KAPLAN, TRUSTEE IN BANKRUPTCY. March 18, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. H. E. Garling* for petitioner. No appearance for respondent.

No. 699. MASHUNKASHEY ET AL. *v.* UNITED STATES. March 18, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Finis E. Riddle* for petitioners. *Solicitor General Biggs, Assistant Attorney General Blair,* and *Mr. Pedro Capo-Rodriquez* for the United States.

No. 706. DEAN ET AL. *v.* TOKHEIM OIL TANK & PUMP CO. March 18, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Max W. Zabel* and *Joseph H. Milans* for petitioners. *Messrs. Wallace R. Lane* and *John F. Oberlin* for respondent.

No. 712. WADSWORTH ELECTRIC MANUFACTURING CO. *v.* SACHS ET AL. March 18, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Walter F. Murray* and *Arthur C. Denison* for petitioner. *Messrs. Oscar W. Jeffery* and *John W. Peck* for respondents.